**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**MARCO FASHWAN BOBO,**                                            **PETITIONER**

V.                                                  **NO. 2:06CV018-P-B**

**STATE OF MISSISSIPPI, et al.,**                                     **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the opinion issued this day, the instant cause is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

THIS the 3rd day of May, 2007.

                                                            /s/ W. Allen Pepper, Jr.
                                                            W. ALLEN PEPPER, JR.
                                                            UNITED STATES DISTRICT JUDGE